IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Howard, Laurence J

Printed: 03/10/09

Case Number: 08 B 14138
Judge: Wedoff, Eugene R
Filed: 6/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 22, 2009
Confirmed:  July 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,152.12 |  |
| Secured: |  | 1,630.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,250.00 |
| Trustee Fee: |  | 271.96 |
| Other Funds: |  | 0.00 |
| Totals: | 4,152.12 | 4,152.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,250.00 | 2,250.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 25,435.48 | 1,630.16 |
| 4. | Internal Revenue Service | Priority | | No Claim Filed |
| 5. | Alpat Co Inc | Unsecured | | No Claim Filed |
| 6. | Credit Protection Association | Unsecured | | No Claim Filed |
| 7. | Dayton Hudson Corp | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | KCA Financial Services | Unsecured | | No Claim Filed |
| 11. | Asset Acceptance | Unsecured | | No Claim Filed |
| 12. | Mercury Financial | Unsecured | | No Claim Filed |
| 13. | Greater Chicago Finance | Unsecured | | No Claim Filed |
| 14. | Mercury Financial | Unsecured | | No Claim Filed |
| 15. | Mid America Federal Savings Bank | Unsecured | | No Claim Filed |
| 16. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 19. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 20. | Radio Shack | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 24. | Mid America Federal Savings Bank | Unsecured | | No Claim Filed |
| 25. | Hallowell & James | Unsecured | | No Claim Filed |
|  |  |  | $ 27,685.48 | $ 3,880.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Howard, Laurence J | Case Number: 08 B 14138 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 6/2/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 134.94 |
| 6.6% | 137.02 |
| | $ 271.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*